IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LEODIS RANDLE**                                                                             **PLAINTIFF**

**V.**                      **CASE NO: 4:20-CV-01460 JM**

**DOES**                                                                     **DEFENDANTS**

**JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 28th day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE